# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

                                                 Case No. 24-CR-00007 (JMB/ECW)

         Plaintiff,

v.                                                                  **ORDER**

David V. Erickson,

         Defendant.

---

Joseph H. Thompson, United States Attorney's Office, Minneapolis, MN, and Boris Bourget and Amanda R. Scott, United States Department of Justice, Tax Division, Washington, DC, for Plaintiff United States of America.

William J. Mauzy and William R. Dooling, Mauzy Law Office, P.A., Minneapolis, MN, for Defendant David V. Erickson.

---

        This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko dated June 25, 2025.  (Doc. No. 135.) The R&R recommends that Erickson's motion to dismiss for statute of limitations violations (Doc. No. 49) be denied.  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

        In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Crim. P. 59(b).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The R&R (Doc. No. 135) is ADOPTED.

    2.    The Motion to Dismiss for Charging in Violation of Statute of Limitations (Doc. No. 49) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 25, 2025                                    /s/ *Jeffrey M. Bryan*
                                                       Judge Jeffrey M. Bryan
                                                       United States District Court