## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.

David V. Erickson,

       Defendant.

File No. 24-CR-00007 (JMB/DLM)

**AMENDED ORDER**[1]

Joseph H. Thompson, United States Attorney's Office, Minneapolis, MN; and Amanda R. Scott and Boris Bourget, United States Department of Justice, Tax Division, Washington, DC, for Plaintiff United States of America.

William J. Mauzy and William R. Dooling, Mauzy Law Office, P.A., Minneapolis, MN, for Defendant David V. Erickson.

This matter is before the Court on Plaintiff United States of America's and Defendant David V. Erickson's objections to the recorded deposition testimony of Chad Moldon, Amanda Zimmerman, and Antonio Severin. (Doc. Nos. 137, 138-1.) On March 14, 2025, the Court granted the Government's motion to conduct recorded depositions of three witnesses ruled unavailable for Rule 15 purposes. (Doc. No. 89.) The depositions

---

[1] **Through a series of emails to this Court on August 6, 2025, the parties requested clarification and rulings on additional portions of the depositions. The Court amends the previous rulings in light of those requests. In addition, for a few entries, the Court noticed inadvertent errors in the times listed corresponding to the videos of the depositions. The Court has made corrections to those. In the event that citations to the video and deposition transcript differ, parties are directed to adhere to the transcript citations. All changes made to the initial order are indicated by the use of bold and underlined font. The parties are free to file the email correspondence from August 6, 2025, as they deem necessary.**

were conducted in the presence of both parties on May 14–16, 2025, in Toronto, Canada, pursuant to Federal Rule of Criminal Procedure 15 and the protocol set forth by order of this Court. (*See* Doc. No. 128 [hereinafter Protocol].)

Pursuant to the Protocol, the Government submitted a complete copy of the deposition transcripts and recordings to the Court. (Doc. Nos. 138-2–138-7.) Both parties submitted a list of their recorded objections to the deposition testimony and the bases for these objections. (Doc. Nos. 137, 138-1.) Any objection not included within the parties' briefing is considered hereby withdrawn. (*See* Doc. No. 128 ¶ 6.) The Court has reviewed the submitted material and issues the following rulings as to parties' deposition objections:

**A. Deposition of Chad Moldon** (Doc. Nos. 138-2; 138-5.)

| **Objection No.** | **Page: Line(s)** | **Ruling** |
|---|---|---|
| G-1 | Transcript: 57:7–17<br>Video: 0:51:57-0:52:18 | Sustained |
| G-2 | Transcript: 57:18–22<br>Video: 0:52:20–0:52:27 | Overruled |
| G-3 | Transcript: 71:13–72:6<br>Video: 1:08:58–1:09:41 | Overruled |
| G-4 | Transcript: 79:16–80:8<br>Video: 1:16:38–1:17:12 | Overruled |
| G-5 | Transcript: 84:15–20<br>Video: 1:22:55–1:23:06 | Overruled |
| G-6 | Transcript: 88:12–23<br>Video: 1:27:52–1:28:16 | Overruled |
| G-7 | Transcript: 102:24–103:18<br>Video: 1:46:36–1:47:09 | Overruled |
| G-8 | Transcript: 108:15–110:16<br>Video: 1:56:07–1:59:10 | Overruled |

| G-9 | Transcript: 128:25–131:3<br>Video: 2:23:59–2:25:08 | Overruled |
|---|---|---|
| G-10 | Transcript: 154:22–156:1<br>Video: 2:53:47–2:55:21 | Overruled |
| G-11 | Transcript: 156:2–6<br>Video: 2:55:21–2:55:33 | Sustained |
| G-12 | Transcript: 158:1–159:22<br>Video: 2:57:22–2:59:03 | Overruled |
| G-13 | 154:5–159:25 (Re-Cross Examination)<br>Video: 2:52:32–3:00:28<br>160:2–9 (Objection)<br>Video: 3:00:32–3:00:49 | Overruled |
| G-14 | Introduction/Attorney Appearances<br>Transcript: 7:2–9:5<br>Video: 0:00:00–0:02:16 | Sustained |
| G-15 | Introductory remarks by counsel representing the Attorney General of Canada<br>Transcript: 9:11–11:18<br>Video: 0:02:36–0:04:41 | Sustained |
| G-16 | United States' objection regarding recross, conclusory remarks by videographer<br>Transcript: 160:2–22<br>Video: 3:00:29–3:01:24 | Sustained |
| D-1 | **<u>Transcript: 54:6–19</u>**<br>Video: beginning at 49:12 | Sustained |
| D-2 | Transcript: 137:6–16<br>Video: beginning at 2:31:25 | Sustained |
| D-3 | Transcript: 137:17–138:1<br>Video: beginning at 2:31:52 | Sustained |
| D-4 | Transcript: 138:16–23<br>Video: beginning at 2:32:59 | Sustained |
| D-5 | Transcript: 138:24–139:4<br>Video: beginning at 2:33:21 | Sustained |
| D-6 | Transcript: 139:18–24<br>Video: beginning at 2:34:17 | Overruled |

| D-7 | Transcript: 140:15–22<br>Video: beginning at 2:35:28 | Sustained |
|---|---|---|
| D-8 | Transcript: 141:12–20<br>Video: beginning at 2:36:23 | Overruled |
| D-9 | **<u>Transcript: 145:1–25</u>**<br>Video: beginning at 2:42:03 | Sustained |
| D-10 | Transcript: 146:1–18<br>Video: beginning at 2:43:13 | Sustained |
| D-11 | Transcript: 151:7–10<br>Video: beginning at 2:49:00 | Sustained |
| D-12 | Transcript: 151:11–22<br>Video: beginning at 2:49:10 | Sustained |

### B. Deposition of Amanda Zimmerman (Doc. Nos. 138-3, 138-6.)

| **<u>Objection No.</u>** | **<u>Page: Line(s)</u>** | **<u>Ruling</u>** |
|---|---|---|
| G-17 | Transcript: 61:1–62:23<br>Video: 0:52:44–0:54:23 | Sustained |
| G-18 | Transcript: 75:16–79:25<br>Video: 1:10:57–1:15:08 | Overruled |
| G-19 | Transcript: 85:3–9<br>Video: 1:22:46–1:22:53 | Sustained |
| G-20 | Transcript: 89:13–90:3<br>Video: 1:27:24–1:27:54 | Overruled |
| G-21 | Transcript: 108:4–11<br>Video: 1:49:41–1:49:54 | Overruled |
| G-22 | Transcript:112:16–112:24<br>Video: 1:56:06–1:56:15 | Sustained |
| G-23 | Transcript: 117:10–121:13<br>Video: 2:01:25–2:05:55 | Sustained |
| G-24 | Transcript: 8:3–10:5<br>Video: 0:00:00–0:02:06 | Sustained |

| G-25 | Transcript: 10:12–11:2<br>Video: 0:02:32–0:03:12 | Sustained |
|------|---------------------------------------------------|-----------|
| G-26 | Transcript: 11:3–11:10<br>Video: 0:03:12–0:03:29 | Sustained |
| G-27 | Transcript: 31:8–14<br>Video: 0:23:52–0:24:18 | Sustained |
| G-28 | Brief pause in proceedings<br>Transcript: 46:15–22<br>Video: 0:38:08–0:38:56 | Sustained |
| G-29 | Brief pause in proceedings<br>Transcript: 64:2–14<br>Video: 0:55:23–0:56:15 | Sustained |
| G-30 | Brief pause in proceedings<br>Transcript: 121:15–122:1<br>Video: 2:06:04–2:06:34 | Sustained |
| G-31 | Transcript: 134:9–17<br>Video: 2:19:19–2:19:40 | Sustained |
| D-13 | Transcript: 17:6–9<br>**Video: beginning at 9:05** | Sustained |
| **D-46** | **Transcript: 17:10–13**<br>**Video: beginning at 9:15** | **Overruled** |
| D-14 | Transcript: 22:7–11<br>Video: beginning at 14:42 | Sustained |
| D-15 | Transcript: 37:8–13<br>Video: beginning at 29:51 | Sustained |
| D-16 | Transcript: 125:9–18<br>Video: beginning at 2:09:29 | Sustained |

### C. Deposition of Antonio Severin (Doc. Nos. 138-4, 138-7.)

| **Objection No.** | **Page: Line(s)** | **Ruling** |
|-------------------|-------------------|------------|
| G-32 | Transcript: 167:20–24<br>Video: 3:12:10–3:12:18<br>(Vol. 1) | Sustained |

| | | |
|---|---|---|
| G-33 | Transcript: 203:15–203:18<br>Video: 0:08:29–0:08:40<br>(Vol. 2) | Overruled |
| G-34 | Transcript: 210:23–211:4<br>Video: 0:17:10–0:17:17<br>(Vol. 2) | Overruled |
| G-35 | Transcript: 213:7–213:9<br>Video: 0:19:09–0:19:12<br>(Vol. 2) | Overruled |
| G-36 | Transcript: 214:11–215:3<br>Video: 0:19:43–0:20:52<br>(Vol. 2) | Overruled |
| G-37 | Transcript: 215:9–215:13<br>Video: 0:20:58–0:21:08<br>(Vol. 2) | Sustained |
| G-38 | Transcript: 235:23–236:6<br>Video: 0:47:50–0:48:16<br>(Vol. 2) | Overruled |
| G-39 | Transcript: 241:25–242:23<br>Video: 0:55:42–0:56:34<br>(Vol. 2) | Overruled |
| G-40 | Transcript: 250:22–251:06<br>Video: 1:06:28–1:06:49<br>(Vol. 2) | Overruled |
| G-41 | Transcript: 255:5–11<br>Video: 1:11:50–1:12:02<br>(Vol. 2) | Sustained |
| G-42 | Transcript: 268:2–7<br>Video: 1:27:03–1:27:18<br>(Vol. 2) | Overruled |
| G-43 | Transcript: 269:10–17<br>Video: 1:28:41–1:28:59<br>(Vol. 2) | Overruled |
| G-44 | Transcript: 284:1–11<br>Video: 1:43:41–1:43:49<br>(Vol. 2) | Overruled |
| G-45 | Transcript: 289:12–18<br>Video: 1:49:44–1:49:58<br>(Vol. 2) | Sustained |
| G-46 | Transcript: 295:3–16<br>Video: 1:56:46–1:57:09<br>(Vol. 2) | Overruled |

| G-47 | Transcript: 298:21–299:02<br>Video: 2:00:47–2:00:57<br>(Vol. 2) | Overruled |
|------|------|------|
| G-48 | Transcript: 331:25–332:16<br>Video: 2:39:48–2:40:23<br>(Vol. 2) | Overruled |
| G-49 | Transcript: 342:2–5<br>Video: 2:51:54–2:52:10<br>(Vol. 2) | Sustained |
| G-50 | Transcript: 344:13–23<br>Video: 2:55:13–2:55:55<br>(Vol. 2) | Sustained; the words "sounds like jokingly" on line 18 are excluded. |
| G-51 | Transcript: 347:19–25<br>Video: 2:58:57–2:59:10<br>(Vol. 2) | Overruled |
| G-54 | Transcript: 348:13–349:14<br>Video: 3:00:23–3:00:57<br>(Vol. 2) | Overruled |
| G-55 | Transcript: 350:18–23<br>Video: 3:02:00–3:02:22<br>(Vol. 2) | Overruled |
| G-56 | Transcript: 361:20–362:02<br>Video: 3:15:00–3:15:28<br>(Vol. 2) | Overruled |
| G-57 | Transcript: 371:10–16<br>Video: 3:28:03–3:28:16<br>(Vol. 2) | Overruled |
| G-58 | Transcript: 372:14–20<br>Video: 3:29:16–3:29:42<br>(Vol. 2) | Overruled |
| G-59 | Introductory remarks and attorney appearances<br>Transcript: 8:4–10:4<br>Video: 0:00:00–0:02:05 (Vol. 1) | Sustained |
| G-60 | Introductory remarks by representative of the Attorney General of Canada<br>Transcript: 10:15–23<br>Video: 0:02:30–0:02:46 (Vol. 1) | Sustained |
| G-61 | Brief pause in proceedings<br>Transcript: 84:18–85:7<br>Video: 1:30:00–1:30:32 (Vol. 1) | Sustained |

| | | |
|---|---|---|
| G-62 | Brief pause in proceedings<br>Transcript: 160:13–161:4<br>Video: 3:03:30–3:03:57 (Vol. 1) | Sustained |
| G-63 | Conclusory remarks<br>Transcript: 183:25–184:20<br>Video: 3:31:27–3:32:02 (Vol. 1) | Sustained |
| G-64 | Introductory remarks for second day of testimony<br>Transcript: 196:3–17<br>Video: 0:00:00–0:00:47 (Vol. 2) | Sustained |
| G-65 | Brief pause in proceedings<br>Transcript: 362:8–24<br>Video: 3:15:53–3:16:28 (Vol. 2) | Sustained |
| G-66 | Statement by witness' counsel regarding privilege<br>Transcript: 373:2–374:5<br>Video: 3:29:45–3:31:16 (Vol. 2) | Sustained |
| G-67 | Brief pause in proceedings<br>Transcript: 374:6–19<br>Video: 3:31:16–3:31:39 (Vol. 2) | Sustained |
| G-68 | Statements by both Defense and Government regarding privilege issue raised by the witness' counsel.<br>Transcript: 374:20–376:16<br>Video: 3:31:40–3:34:35 (Vol. 2) | Sustained |
| G-69 | Conclusory remarks<br>Transcript: 388:20–25<br>Video: 3:50:28–3:50:46 (Vol. 2) | Sustained |
| **<u>G-70</u>** | **<u>Brief pause in proceedings</u>**<br>**<u>Transcript: 270:13–271:11</u>**<br>**<u>Video: unknown beginning time stamp</u>** | **<u>Sustained</u>** |
| D-17 | Transcript: 80:24–81:1<br>Video: beginning at 1:25:12 | Overruled |
| D-18 | Transcript: 87:5–9<br>Video: beginning at 1:33:09 | Sustained |
| D-19 | Transcript: 119:9–11<br>Video: beginning at 2:13:43 | Overruled |
| D-20 | Transcript: 125:9–13<br>Video: beginning at 2:21:13 | Overruled |

| D-21 | Transcript: 126:13–16<br>Video: beginning at 2:22:30 | Overruled |
|---|---|---|
| D-22–D-24 | N/A | Skipped Numbers |
| D-25 | Transcript: 131:8–11<br>Video: beginning at 2:28:28 | Overruled |
| D-26 | Transcript: 139:17–21<br>Video: beginning at 2:38:51 | Overruled |
| D-27 | Transcript: 149:22–150:1<br>Video: beginning at 2:52:02 | Overruled |
| D-28 | Transcript: 154:16–17<br>Video: beginning at 2:57:40 | Overruled |
| D-29 | Transcript: 155:3–4<br>**Video: beginning at 2:58:24** | Overruled |
| D-30 | Transcript: 155:19–20<br>**Video: beginning at 2:58:53** | Overruled |
| D-31 | Transcript: 156:1–2<br>**Video: beginning at 2:59:06** | Overruled |
| D-32 | Transcript: 156:15–18<br>**Video: beginning at 2:59:17** | Overruled |
| **<u>D-33–D36</u>** | **<u>Transcript: 156:24–162:23</u>**<br>**<u>Video: unknown beginning time stamp</u>** | Sustained |
| D-37 | Transcript: 167:2–25<br>Video: beginning at 3:11:12 | Sustained |
| D-38 | Transcript: 168:1–14<br>Video: beginning at 3:12:21 | Sustained |
| D-39 | Transcript: 168:16–169:1<br>Video: beginning at 3:13:10 | Sustained |
| D-40 | Transcript: 169:2–15<br>Video: beginning at 3:13:47 | Sustained |
| D-41 | Transcript: 176:11–183:20<br>Video: beginning at 3:21:42 | Sustained |
| **<u>D-42–D45</u>** | **<u>Transcript: 382:21–383:16</u>**<br>Video: beginning at 3:42:47 | Sustained |

# ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT

IS HEREBY ORDERED THAT:

1.  Defendant David V. Erickson's objections to the deposition testimony (Doc.
    No. 137) is GRANTED IN PART and DENIED IN PART, as set forth in this
    Order;

2.  Plaintiff United States of America's Motion in Limine to exclude certain
    testimony (Doc. No. 138) is GRANTED IN PART and DENIED IN PART,
    as set forth in this Order; and

3.  On or before 8:00 a.m. on August 11, 2025, the Government shall submit
    edited copies of the transcript and recordings to the Court and the Defendant
    with the excluded portions omitted in accordance with this Order.


Dated:  August 7, 2025                          /s/ *Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court