# TESLA

| Customer | Description | Total in USD |
|---|---|---|
| David Erickson | Model X P100DL | $135,500.00 |
| | Dual Motor All Wheel Drive | - |
| 5085 Greenwood Circle | Pearl White Multi-Coat Paint | $1,500.00 |
| Excelsior, MN 55331 | 22" Silver Wheels | $5,500.00 |
| | Tan Interior | $3,300.00 |
| (612) 669-7858 | Tan Leather Seats | - |
| dverickson@me.com | Carbon Fiber Décor | $250.00 |
| | Light Headliner | - |

**VIN**  5YJXCBE41HF046172

**Reservation**  RN1005530

**Deposit paid**  $28,601.76

**Accepted by Customer on**  3/2/2017 4:12:22 AM

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| Description | Total in USD |
|---|---|
| Six Seat Interior | $3,000.00 |
| Active Spoiler | - |
| Ludicrous Speed Upgrade | - |
| Tesla Red Brake Calipers | - |
| Supercharger Enabled | - |
| Enhanced Autopilot | $5,000.00 |
| Full Self-Driving Capability | $3,000.00 |
| 72 amp Charger Upgrade | $1,500.00 |
| Smart Air Suspension | - |
| Premium Sound | $2,500.00 |
| Subzero Weather Package | $1,000.00 |
| Tow Package | $750.00 |
| **Subtotal** | **$162,800.00** |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Order Modification Fee | 0.00 |
| **Total** | **$164,000.00** |

Motor Vehicle Purchase Agreement, Vehicle Configuration
Tesla Motors, Inc. ©2013

Government Exhibit
24-CR-7
**G-536**

USAProd-00323313