# AFFIDAVIT

## VERIFICATION OF AUTHENTICITY OF RECORDS

BEFORE ME, the undersigned authority, personally appeared, Tony Wilde who being duly sworn, deposes and says:

My name is Tony Wilde. I am over the age of 18 and qualified to make this affidavit. I am employed by Select Portfolio Servicing, Inc. as a Document Control Officer. I have been employed by Select Portfolio Servicing, Inc. since 2006. Attached to this affidavit are true and correct copies of the requested documents for Select Portfolio Servicing loan number 0026806158.

The attached copies of records are maintained by our Document Control Center in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Document Control Officer.

_____   5/5/2023
Signature of affiant                Date

Tony Wilde, Doc. Control Officer

STATE OF UTAH )
COUNTY OF SALT LAKE )

Subscribed and sworn to before me on this 5 day of May, in the year 2023 by Tony Wilde Personally Known, a Document Control Officer of Select Portfolio Servicing, Inc., proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument. Witness my hand and official seal.

_____
Notary Public

CYNTHIA MAY
Notary Public State of Utah
My Commission Expires on:
April 27, 2025
Comm. Number: 717379

Government Exhibit
24-CR-7
**G-518**

USAProd-00036366