UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

David V. Erickson,

Defendant.

Case No. 24-CR-00007 (JMB/DLM)

**VERDICT FORM**

**COUNT 1**
**Evasion of Assessment of Taxes for Tax Year 2014**

As to Count 1 of the Indictment, we, the Jury, find the Defendant, David Erickson,

_Not guilty_
**GUILTY or NOT GUILTY**

**COUNT 2**
**Evasion of Assessment of Taxes for Tax Year 2015**

As to Count 2 of the Indictment, we, the Jury, find the Defendant, David Erickson,

_Not guilty_
**GULTY or NOT GUILTY**

**COUNT 3**
**Evasion of Assessment of Taxes for Tax Year 2016**

As to Count 3 of the Indictment, we, the Jury, find the Defendant, David Erickson,

_Not guilty_
**GULTY or NOT GUILTY**

1

## COUNT 4
### Evasion of Assessment of Taxes for Tax Year 2017

As to Count 4 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 5
### Evasion of Assessment of Taxes for Tax Year 2018

As to Count 5 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 6
### Aiding and Assisting in the Preparation of Materially False Individual Income Tax Returns for Tax Year 2015

As to Count 6 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 7
### Aiding and Assisting in the Preparation of Materially False Individual Income Tax Returns for Tax Year 2016

As to Count 7 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 8
### Aiding and Assisting in the Preparation of Materially False Individual Income Tax Returns for Tax Year 2017

As to Count 8 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 9
### Aiding and Assisting in the Preparation of Materially False Individual Income Tax Returns for Tax Year 2018

As to Count 9 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 10
### Aiding and Assisting in the Preparation of Materially False Amended Individual Income Tax Returns for Tax Year 2014

As to Count 10 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

## COUNT 11
### Aiding and Assisting in the Preparation of Materially False Amended Individual Income Tax Returns for Tax Year 2015

As to Count 11 of the Indictment, we, the Jury, find the Defendant, David Erickson,

__Not guilty__
**GUILTY or NOT GUILTY**

3

## COUNT 12
### Aiding and Assisting in the Preparation of Materially False S Corporation Income Tax Returns for Tax Year 2015

As to Count 12 of the Indictment, we, the Jury, find the Defendant, David Erickson,

<u>    Not guilty    </u>
GUILTY or NOT GUILTY

## COUNT 13
### Aiding and Assisting in the Preparation of Materially False S Corporation Income Tax Returns for Tax Year 2016

As to Count 13 of the Indictment, we, the Jury, find the Defendant, David Erickson,

<u>    Not guilty    </u>
GUILTY or NOT GUILTY

## COUNT 14
### Aiding and Assisting in the Preparation of Materially False S Corporation Income Tax Returns for Tax Year 2017

As to Count 14 of the Indictment, we, the Jury, find the Defendant, David Erickson,

<u>    Not guilty    </u>
GUILTY or NOT GUILTY

## COUNT 15
### Aiding and Assisting in the Preparation of Materially False S Corporation Income Tax Returns for Tax Year 2018

As to Count 15 of the Indictment, we, the Jury, find the Defendant, David Erickson,

<u>    Not guilty    </u>
GUILTY or NOT GUILTY

SCANNED
AUG 2 7 2025
U.S. DISTRICT COURT ST. PAUL

## COUNT 16
## Making False Statement

As to Count 16 of the Indictment, we, the Jury, find the Defendant, David Erickson,

<u>Not guilty</u>
**GUILTY or NOT GUILTY**

Dated: <u>8/26/2025</u>

SIGNATURE REDACTED
Foreperson