AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF **Minnesota**

UNITED STATES OF AMERICA

V.

David V. Erickson

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 0:24-cr-00007

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[Signature]_
Signature of Judge

Jeffrey M. Bryan  District Judge
Name of Judge     Title of Judge

8/26/2025
Date