UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID V. ERICKSON,

Defendant.

Case No. 24-CR-7 (JMB/DLM)

**DEFENDANT ERICKSON'S
REQUEST FOR RETURN OF
PASSPORT**

---

David Erickson, by and through his undersigned attorneys, respectfully moves the

Court to order the United States Probation Office to return Erickson's passport to him.

On August 26, 2025, a federal jury in the District of Minnesota acquitted Erickson of

every count in his indictment. (Doc. 208).

Accordingly, the Court should grant this motion and order the United States

Probation Office to return Erickson's passport to him as soon as is practical.

Date:  August 27, 2025

Respectfully submitted,

By: _____ */s/ William J. Mauzy* _____
William J. Mauzy (#68974)
William R. Dooling (#0402244)
Mauzy Law Office, PA
650 Third Avenue South
Suite 260
Minneapolis, MN 55402
(612) 340-9108
wmauzy@mauzylawfirm.com
*Attorneys for Defendant*